No. 89–5797. RONEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5814. GREY BEAR ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–5817. DENNIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–5827. MORGAN *v.* TURNAGE. C. A. 8th Cir. Certiorari denied.

No. 89–5833. KING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–5855. RASHE *v.* SCHWARZER. C. A. 9th Cir. Certiorari denied.

No. 89–5928. MOORE *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 89–5930. AYARZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6002. SPANN, AS NEXT FRIEND FOR SPANN, A MINOR *v.* JONES ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–6019. KIM *v.* PRINTEMPS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6026. GRAVES *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 89–6034. MAURER *v.* LOS ANGELES COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–6039. DAVIS *v.* VITATOE ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6042. MCCULLOUGH *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–6044. COLLIER *v.* EVANS ET AL. C. A. 11th Cir. Certiorari denied.